UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 16-CR-166

ANTHONY QUINTANA,

    Defendant.

**ORDER**

The defendant in the above matter has filed a motion to correct the sentence or amend the judgment so that it reflects the Court's recommendation that defendant be allowed to participate in the 500 hour drug program administered by the Bureau of Prisons. Having reviewed the Presentence Investigation and the nature of the crime, the Court concludes that the recommendation is reasonable and directs the Clerk to file an Amended Judgment including such recommendation.

**SO ORDERED** this   10th   day of March, 2017.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court